UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COUNTRYWIDE HOME LOANS, INC. | * | CIVIL ACTION |
| VERSUS | * | NO: 10-3589 C/W 10-4834 |
| S.J. BEAULIEU, JR., CHAPTER 13 TRUSTEE, AND MARK STEWART | * | SECTION: "D" |
| | | BANKRUPTCY NO. 03-18462 |

### ORDER AND REASONS

Before the court is the **Motion for Stay Pending Appeal** filed by Countrywide Home Loans, Inc. (Countrywide), who requests that this court stay the Bankruptcy Court's Order (Bankruptcy Case No. 03-18462, Doc. 109)[1] pending resolution of the appeal. ***No memorandum in opposition was filed***. The motion, set for hearing on Wednesday, January 12, 2011, is before the court on Countrywide's brief, without oral argument.

Now, having considered the memorandum of counsel for Countrywide, the record, and the applicable law, the court **GRANTS** the motion as ***unopposed***. The court further finds that Countrywide

---

[1] A copy of this bankruptcy Court's Order is attached to Countrywide's Motion for Stay. (*See* Doc. No. 12-2, Bankruptcy Court's "Reason fro Decision").

has presented a substantial case on the merits, Countrywide will suffer irreparable harm if the stay is not granted, the Debtor and Chapter 13 Trustee will not be harmed because Countrywide agrees to (and the court will so order Countrywide to) place $2,316.91 in the Bankruptcy Court's registry, and granting the stay will serve the public interest.

Accordingly;

**IT IS ORDERED** that Countrywide's **Motion for Stay Pending Appeal** be and is hereby **GRANTED** as *unopposed*;

**IT IS FURTHER ORDERED** that the Bankruptcy Court's Order of August 23, 2010 be and is hereby **STAYED** until Countrywide's appeal is resolved;

**IT IS FURTHER ORDERED** that Countrywide place $2,316.91 in the Registry of the Bankruptcy Court to protect the estate's alleged interest in these funds.

The court will shortly issue a briefing schedule.

New Orleans, Louisiana, this **12th** day of **January**, **2011**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE